1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT, WESTERN
DISTRICT OF WASHINGTON AT TACOMA

UNITED STATES OF AMERICA,
 Plaintiff,

    v.

ROBERTO HERNANDEZ-GARCIA
Defendant.

NO. CR 04-5337 RBL

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

The Court having considered the Motion for Withdrawal and Substitution

of Counsel, and the accompanying Declaration of Mary Kay High in Support of

the Motion;

NOW THEREFORE IT IS HEREBY ORDERED that Mary Kay High is

permitted to withdraw as defense counsel in this matter, and that new defense

counsel shall be appointed to represent the defendant by the Federal Public

Defender.

DONE this  29th day of August 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER FOR  WITHDRAWAL AND
SUBSTITUTION OF COUNSEL