The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERTO HERNANDEZ-GARCIA, <br> a/k/a "Beto" a/k/a "Sorrullo," <br><br> Defendant. | NO. CR04-5337RBL <br><br> ORDER GRANTING <br> U.S. MOTION TO SEAL |

THIS MATTER having come before the court on the motion of the plaintiff, United States of America, to file certain exhibits to its Sentencing Memorandum in this matter under seal; the Court, having reviewed the motion and the Sentencing Memorandum, and being otherwise fully advised, finds and rules as follows:

1. Public filing of the exhibits to the government's sentencing memorandum will jeopardize continuing investigations.

2. Public filing of the government's exhibits to its sentencing memorandum risks possible harm to witnesses and other participants in that investigation.

3. These potential harms outweigh the strong presumption in favor of public access to exhibits to the government's sentencing memorandum.

ORDER GRANTING U.S. MOTION TO SEAL – 1
(*HERNANDEZ-GARCIA*, CR04-5337RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970) 553-7970

1  NOW, THEREFORE, it is hereby

2  ORDERED that the exhibits to the Sentencing Memorandum of the United States

3  shall be sealed.

4  DATED this 16th day of April, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vincent T. Lombardi*
VINCENT T. LOMBARDI
Assistant United States Attorney
WSBA 21967
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-2462
Facsimile: (206) 553-0755
E-mail: vince.lombardi@usdoj.gov

.

ORDER GRANTING U.S. MOTION TO SEAL – 2
(*HERNANDEZ-GARCIA*, CR04-5337RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970) 553-7970